# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**  **In re:**  Jeaneen Shartrice Townes

**Case Number**   13−36245−KRH
**Chapter**   13

### YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:

*20* − Amended Schedule(s) and/or Statement(s) Filed: Summary of Schedules, Schedule F, filed by Roger C Hurwitz of The Debt Law Group, PLLC on behalf of Jeaneen Shartrice Townes. (Hurwitz, Roger)

### VOLUNTARY PETITION/AMENDMENT OR CONVERSION OF PETITION, LISTS OR SCHEDULES [FRBP 1007; IR 1007; LBR 1009−1]:

_    Caption of Petition not in compliance with FRBP 1005. Social Security number or employer's tax identification number of debtor(s) incomplete or omitted. (NOTE: Only the last four digits of the SSN should appear on any document filed. The full SSN should only be entered electronically into ECF when the case is filed or submitted to the Court on Official Form 21.)

_    Corporate petition not accompanied by Corporate Ownership Statement [FRBP 1007(a)(1)]*

_    Not accompanied by a properly completed Amendment Cover Sheet*.

_    Not in substantial compliance with the correct version of the Amendment Cover Sheet*.

_    Not accompanied by notice to the United States Trustee, any trustee appointed, and to any and all entities affected by the amendment*.

_    **CONVENTIONAL (PAPER) FILINGS:** Creditors added by amendment or conversion (Schedule of Unpaid Debts): not accompanied by a list of additional creditors and signed cover sheet in the format specified by Clerk's Office [See LBR 1009−1(B)(1) or LBR 1017−1(A)(1)].

_    **ELECTRONIC (ECF) FILINGS:** Additional creditor(s) not added via Creditor Maintenance upon filing of Schedule of Unpaid Debts/Amended Schedules

### CHAPTER 13 PLAN AND RELATED MOTIONS [LBR 3015−2]:

_    Not accompanied by a properly completed proof of service.

_    Not on acceptable form approved by Court for use in Eastern District of Virginia pursuant to Local Bankruptcy Rule 3015−2(A)*.

_    Not accompanied by a budget (copy of Schedules I and J attached to plan acceptable).

_    Modified Plan: Date, time and/or location of Modified Plan Confirmation Hearing omitted or incorrect. The debtor must obtain a new confirmation hearing date from the clerk PRIOR to filing a modified plan. The new confirmation hearing date must allow at least 35 days' notice and shall not be earlier than the date originally set for confirmation of the original plan [LBR 3015−2(F)(1)(C)]. To correct this error, the debtor must file a **Notice of Scheduled Confirmation Hearing** with the court and send a copy to all creditors and the trustee. The "notice" must indicate that if no objections are timely filed, a confirmation hearing will <u>not</u> be held.

_    **Special Notice to Secured Creditor** − Date objection due; Date and time of confirmation hearing and/or Place of confirmation hearing omitted or incorrect.

_

*\*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  December 26, 2014              CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Cindy Baumgartner, Deputy Clerk
[igvolpplvDec2009.jsp]                Direct Dial Telephone No.

```
                          United States Bankruptcy Court
                           Eastern District of Virginia
In re:                                                           Case No. 13-36245-KRH
Jeaneen Shartrice Townes                                         Chapter 13
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0422-7          User: sewardt              Page 1 of 3              Date Rcvd: Dec 26, 2014
                              Form ID: igvolppl          Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2014.
db            +Jeaneen Shartrice Townes,    227 South Cedar Ave,    Henrico, VA 23075-1312
ust           +U.S. Trustee Norfolk,    Room 625, Federal Building,    200 Granby Street,
                Norfolk, VA 23510-1814
ust           +W. Clarkson McDow, Jr.,    Office of the U.S. Trustee - Region 4 -R,
                701 E. Broad St., Suite 4304,    Richmond, VA 23219-1849
12093360       Accounts Receivable Management,    PO Box 129,    Thorofare, NJ 08086-0129
12400550      #+America Law Group, Inc.,    2800 N. Parham Road,    Suite 100,    Henrico, VA 23294-4409
12093359      #+America Law Group, Inc.,    t/a Debt Law Group,    2800 N Parham Rd, Ste 100,
                Henrico, VA 23294-4409
12093364       BCC Financial Management Svcs,    PO Box 590097,    Fort Lauderdale, FL 33359-0097
12093365      +Bon Secours,   PO Box 28538,    Henrico, VA 23228-8538
12157769       Bon Secours Memorial Regional Med Ctr,     c/o Patrick F. Heinen, Esq.,
                Spinella, Owings & Shaia, P.C.,    8550 Mayland Dr.,    Richmond, VA 23294-4704
12093366      +Bon Secours Richmond Hlth Sys,    PO Box 28538,    Henrico, VA 23228-8538
12157770       Bon Secours St. Mary's Hospital,    c/o Patrick F. Heinen, Esq.,
                Spinella, Owings & Shaia, P.C.,    8550 Mayland Dr.,    Richmond, VA 23294-4704
12093367       C&F Finance Company,    1927 C&F Drive,    Hampton, VA 23666-0000
12093369      +Capital One Bank,    Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
12174576       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
12093370       Cash Transfer Centers,    Level 8, Ste 3, Plaza Commerci,    Bisazza Street,
                Sliema SLM 15, Malta
12093373      +Check City,    PO Box 970183,    Orem, UT 84097-0183
12093374      +Check'n'Go,    74 South Airport Drive,    Henrico, VA 23075-2014
12093375      +Comcast,    5401 Staples Mill Road,    Henrico, VA 23228-5443
12093377       Continental Emergency Services,    111 Bulifants Blvd,    Suite B,    Williamsburg, VA 23188-5711
12093381      +Credit Adjustment Board,    8002 Discovery Drive, Ste 311,    Henrico, VA 23229-8601
12093383      ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
              (address filed with court:   Dominion Virginia Power,    PO Box 26543,    Richmond, VA 23290-0001)
12093384      +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    PO Box 837,    Newtown, CT 06470-0837
12093385      +Eastern Account System of Conn,    PO Box 837,    Newtown, CT 06470-0837
12093386      +Edward L Mollen, MD,    5855 Bremo Rd, Ste 702,    Richmond, VA 23226-1932
12093387      +Enterprise Rent-A-Car,    PO Box 405738,    Atlanta, GA 30384-5700
12093388      +Family and Cosmetic Dentistry,    Paul Y Da Cunha DMD,    8503 Patterson Ave, Ste C,
                Henrico, VA 23229-6442
12093389      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
12093390       First Virginia Financial Svcs,    9121 Staples Mill Road,    Henrico, VA 23228-2026
12197742      +Great Expressions Dental,    1560 Oakbrook Dr.,    Norcross, GA 30093-2245
12093391      +Great Expressions Dental Cntrs,    4859 Finlay St,    Henrico, VA 23231-2808
12093394      +HSBC Bank,   PO Box 5253,    Carol Stream, IL 60197-5253
12093392      +Horizon Fin,    8585 Broadway #88,    Merrillville, IN 46410-7064
12093393       House Recovery,    6880 South Yosemite Court,    Suite 100,    Aurora, CO 80012-0000
12093396      +Kipling Financial Services,    dba MoneyMax Title Loans,    4300 S Laburnum Ave,
                Henrico, VA 23231-2418
12093397      +Loan Max,    4802 South Laburnum Ave,    Henrico, VA 23231-2714
12093398      +Memorial Regional Medical Cent,    8260 Atlee Road,    Mechanicsville, VA 23116-1844
12296584      +Money Max,    3440 Preston Ridge Rd, Ste 500,    Alpharetta, GA 30005-3823
12093402      +Pmab Srvc,    5970 Fairview Rd Ste 800,    Charlotte, NC 28210-0091
12093403      +Professional Placement Svcs,    272 N 12th Street,    PO Box 612,    Milwaukee, WI 53201-0612
12093404      +Quest Diagnostics,    1901 Sulphur Spring Rd,    Halethorpe, MD 21227-2943
12093407      +St. Mary's Hospital,    PO Box 28538,    Henrico, VA 23228-8538
12093408       SunTrust Bank,    PO Box 79079,    Baltimore, MD 21279-0079
12093409      +Triad Financial Corp/Santander,    Attn: Bankruptcy Department,    Po Box 105255,
                Atlanta, GA 30348-5255
12094661      +United States Attorney,    Main Street Centre 18th Flr.,    600 East Main Street,
                Richmond, VA 23219-2416
12432984      +Verizon,    500 Technology Dr., Ste 30,    Weldon Spring, MO 63304-2225
12093410      +Virginia Ear Nose and Throat,    PO Box 36007,    Richmond, VA 23235-8000
12093411      +Wells Fargo Bank,    OverdraftRecov - Mac P6053-021,    PO Box 5058,    Portland, OR 97208-5058
12093412       West End Anesthesia Group,    c/o MedDirect,    P.O. Box 120130,    Grand Rapids, MI 49528-0103
12093413       West End Anesthesiology,    PO Box 88073,    Chicago, IL 60680-1073
12093414      +West End Anesthsia Group,    5855 Bremo Rd, Ste 100,    Richmond, VA 23226-1926
12120050       eCAST Settlement Corporation assignee of HSBC Bank,    Nevada and its Assigns,    POB 35480,
                Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion04.ax.ecf@usdoj.gov Dec 27 2014 00:08:58     U.S. Trustee Alexandria,
                115 South Union Street, Suite 210,    Alexandria, VA 22314-3361
ust           +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Dec 27 2014 00:08:59     U.S. Trustee Richmond,
                701 East Broad St., Suite 4304,    Richmond, VA 23219-1849
ust           +E-mail/Text: ustpregion04.no.ecf@usdoj.gov Dec 27 2014 00:08:59     W. Clarkson McDow, Jr.,
                Office of the U.S. Trustee, Region 4 -N,    200 Granby Street, Room 625,
                Norfolk, VA 23510-1819
```

```
District/off: 0422-7           User: sewardt              Page 2 of 3                  Date Rcvd: Dec 26, 2014
                               Form ID: igvolppl          Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
ust            +E-mail/Text: ustpregion04.ax.ecf@usdoj.gov Dec 27 2014 00:08:58      W. Clarkson McDow, Jr.,
                 Office of the U.S. Trustee - Region 4,   115 South Union Street, Room 210,
                 Alexandria, VA 22314-3361
ust            +E-mail/Text: ustpregion04.no.ecf@usdoj.gov Dec 27 2014 00:08:59      W. Clarkson McDow, Jr.,
                 Office of the U.S. Trustee, Region 4 -NN,   200 Granby Street, Room 625,
                 Norfolk, VA 23510-1819
12093361       +E-mail/Text: roy.buchholz@allianceoneinc.com Dec 27 2014 00:06:52      Alliance One,
                 4850 Street Rd, Ste 300,   Feasterville Trevose, PA 19053-6643
12093368       +E-mail/Text: bankruptcy@cffinance.com Dec 27 2014 00:06:41      C&F Finance Company,
                 PO Box 2129,   Richmond, VA 23218-2129
12093371       +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Dec 27 2014 00:06:53      CashnetUSA,
                 200 West Jackson, Suite 1400,   Chicago, IL 60606-6929
12093372       +E-mail/Text: heatherg@checkcity.com Dec 27 2014 00:07:24      Check City,   Collection Dep't,
                 2729-B West Broad Street,   Richmond, VA 23220-1905
12093376        E-mail/Text: crbankruptcy@commrad.com Dec 27 2014 00:16:26      Commonwealth Radiology, PC,
                 1508 Willow Lawn Drive,   Suite 117,   Richmond, VA 23230-3421
12093379        E-mail/Text: bankruptcy@co.henrico.va.us Dec 27 2014 00:16:28      County of Henrico,
                 Department of Public Utilities,   PO Box 90775,   Henrico, VA 23273-0775
12093378        E-mail/Text: bankruptcy@co.henrico.va.us Dec 27 2014 00:16:28      County of Henrico,
                 attn: Rhysa G South,   PO Box 90775,   Henrico, VA 23273-7032
12093382       +E-mail/Text: creditonebknotifications@resurgent.com Dec 27 2014 00:07:12      Credit One Bank,
                 PO Box 98875,   Las Vegas, NV 89193-8875
12314782        E-mail/Text: bankruptcy@co.henrico.va.us Dec 27 2014 00:16:28      HENRICO COUNTY, VIRGINIA,
                 JASON M. HART, ASST COUNTY ATTORNEY,   P.O. BOX 90775,   HENRICO, VIRGINIA 23273-0775
12093395        E-mail/Text: cio.bncmail@irs.gov Dec 27 2014 00:07:54      Internal Revenue Service,
                 Insolvency Unit,   PO Box 7346,   Philadelphia, PA 19101-7346
12093399       +E-mail/Text: bankruptcydepartment@ncogroup.com Dec 27 2014 00:15:58      NCO Financial Systems,
                 507 Prudential Road,   Horsham, PA 19044-2368
12093400       +E-mail/Text: bankruptcydepartment@ncogroup.com Dec 27 2014 00:15:58      NCO Financial Systems,
                 7595 Montevideo Rd, Ste 110,   Department 750,   Jessup, MD 20794-9382
12093401       +E-mail/Text: mmrgbk@miramedrg.com Dec 27 2014 00:15:18      Pellettieri,   991 Oak Creek Dr,
                 Lombard, IL 60148-6408
12218853       +E-mail/Text: csidl@sbcglobal.net Dec 27 2014 00:16:28      Premier Bankcard/Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
12093405       +E-mail/Text: colleen.atkinson@rmscollect.com Dec 27 2014 00:17:05      Receivable Management,
                 PO Box 17305,   Richmond, VA 23226-7305
12093406       +E-mail/Text: colleen.atkinson@rmscollect.com Dec 27 2014 00:17:05
                 Receivables Management System,   PO Box 8630,   Richmond, VA 23226-0630
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12093362     ##+Allied Cash Advance,   200 SE 1st St,   Ste 800,   Miami, FL 33131-1909
12093363     ##+BCC Financial Management Svcs,   3230 W Commercial Blvd,   Suite 200,
                Fort Lauderdale, FL 33309-3400
12093380     ##+Credit Adjustment Board,   306 East Grace St.,   Richmond, VA 23219-1795
                                                                                     TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2014                               Signature:  /s/Joseph Speetjens

```
District/off: 0422-7           User: sewardt              Page 3 of 3               Date Rcvd: Dec 26, 2014
                               Form ID: igvolppl          Total Noticed: 72
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2014 at the address(es) listed below:
              Robert E. Hyman    station08@ricva.net,   ecfsummary@ricva.net
              Roger C Hurwitz    on behalf of Debtor Jeaneen Shartrice Townes rchurwitz@gmail.com,
               courtneyjeanclay@gmail.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;algplank@gmail.c
               om;DLGHearings@gmail.com
                                                                                           TOTAL: 2
```